UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY D. STONE,

Defendant.

Case: 4:21-cr-20080
Assigned To : Davis, Stephanie Dawkins
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 2/3/2021
Description: USA v. ANTHONY STONE (TT)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### PROHIBITED PERSON IN POSSESSION OF A FIREARM
### (18 U.S.C. § 922(g)(1))

On or about September 8, 2020, in the Eastern District of Michigan, ANTHONY D. STONE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Taurus, model G2C, 9mm caliber semiautomatic pistol, and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
## (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One, ANTHONY D. STONE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense including a Taurus, model G2C, 9mm caliber semiautomatic pistol bearing serial number TLY38580; 31 rounds of 9mm caliber ammunition that were loaded in the Taurus

pistol; and, 12 rounds of 9mm caliber ammunition that were loaded in a twelve-round magazine found in close proximity to the pistol.

**THIS IS A TRUE BILL.**

Dated: February 3, 2021                     s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

s/JULES M. DEPORRE                          s/ANTHONY P. VANCE
JULES M. DePORRE                            ANTHONY P. VANCE
Assistant United States Attorney            Assistant United States Attorney
MI State Bar P-73999                        Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280

Companion Case information MUST be completed by AUSA

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 4:21-cr-20080<br>Assigned To : Davis, Stephanie Dawkins<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 2/3/2021<br>Description: USA v. ANTHONY STONE (TT) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes      x No | AUSA's Initials:   JMD |

**Case Title:** USA v.  ANTHONY D. STONE

**County where offense occurred:**  GENESEE

**Check One:**   X Felony      __ Misdemeanor   _Petty

    __X__Indictment/_____Information ---   **no** prior complaint.
    _____Indictment/_____Information ---   based upon prior complaint
    _____Indictment/_____Information ---   based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   February 3, 2021

s/JULES M. DEPORRE
JULES M. DEPORRE
Assistant United States Attorney
600 Church Street, Flint, MI 48502
Phone:   810-766-5177
Fax: 810-766-5427
E-Mail address: Jules.DePorre@usdoj.gov
Attorney Bar #:   P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.