UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,

v.

Anthony D. Stone,

          Defendant.

_____/

Case No. 21-cr-20080

Honorable Stephanie Dawkins Davis

## **FIRST FORFEITURE BILL OF PARTICULARS**

The United States of America, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to provide notice of specific property which the United States intends to forfeit upon conviction, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as set forth in the Indictment (ECF No. 1), including, but not limited to the following,

    a. One (1) Taurus Handgun, Model: PT111 G2A, CAL:9, Serial No: TLY38580;

    b. Winchester-Western Ammunition, QTY: 31, CAL:9; and

    c. Winchester-Western Ammunition, QTY: 12, CAL:9.

This notice neither limits the United States from seeking the forfeiture of additional specific property nor limits the United States from seeking the imposition of a forfeiture money judgment or seeking the forfeiture of substitute assets pursuant to 21 U.S.C. § 853(p).

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


/s/Michael El-Zein
MICHAEL EL-ZEIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9770
Michael.el-zein@usdoj.gov
P-79182

Dated: May 11, 2021

## ***CERTIFICATION OF SERVICE***

I hereby certify that on May 11, 2021, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

    /s/Michael El-Zein
MICHAEL EL-ZEIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9770
Michael.el-zein@usdoj.gov
P-79182